IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS LAURIA, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOSANTE PHARMACEUTICALS, INC. and STEPHEN M. SIMES<br><br>Defendants. | Case No. 1:12-cv-00772<br><br>**CLASS ACTION** |

**DECLARATION OF JEFFREY M. SALAS IN FURTHER SUPPORT OF THE MOTION OF THOMAS NORGIEL AND JEFFREY RENNELL FOR APPOINTMENT AS LEAD PLAINTIFFS AND IN OPPOSITION TO ALL OTHER COMPETING MOTIONS**

I, Jeffrey M. Salas, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois and am admitted in this Court. I am a partner in the law firm of Salas Wang LLC. I submit this declaration in further support of the motion filed by Thomas Norgiel ("Norgiel") and Jeffrey Rennell ("Rennell") for appointment of Norgiel and Rennell as Lead Plaintiffs and in opposition to all other competing motions.

2. Attached as Exhibits A through B are true and correct copies of the following documents:

> Exhibit A: Chart of FIFO Losses of Michael O. Bopst, Guy L. Jacks, II, Patrick Lavoie, Quynh-Ly Pham, and George Pappaylion
>
> Exhibit B: Chart of LIFO Losses of Michael O. Bopst, Guy L. Jacks, II, Patrick Lavoie, Quynh-Ly Pham, and George Pappaylion

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of April 2012.

*/s/ Jeffrey M. Salas*
Jeffrey M. Salas
