# EXHIBIT A

FIFO Losses in Biosante Pharmaceuticals, Inc. (BPAX)
Class Period: 02/12/2010 thru 12/15/2011
Movant: Michael O. Bopst
Hold price*     $   0.6749

| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | - | | - | | | - | | - |
| Purchase | 2/9/2011 | 4000 | 2.31 | $9,240.00 | Sale | 2/10/2011 | (4000.00) | 2.19 | (8760.00) |
| Purchase | 2/9/2011 | 3000 | 2.31 | $6,930.00 | Sale | 2/10/2011 | (3000.00) | 2.19 | (6570.00) |
| Purchase | 2/14/2011 | 5000 | 2.5 | $12,500.00 | Sale | 3/3/2011 | (10000.00) | 2.27 | (22700.00) |
| Purchase | 2/14/2011 | 4000 | 2.5 | $10,000.00 | Sale | 4/7/2011 | (32000.00) | 2.02 | (64640.00) |
| Purchase | 2/15/2011 | 5000 | 2.07 | $10,350.00 | Sale | 4/7/2011 | (8000.00) | 2.05 | (16400.00) |
| Purchase | 2/15/2011 | 3000 | 2.07 | $6,210.00 | Sale | 6/10/2011 | (10000.00) | 2.68 | (26800.00) |
| Purchase | 2/24/2011 | 3000 | 2.07 | $6,210.00 | Sale | 6/10/2011 | (6000.00) | 2.68 | (16080.00) |
| Purchase | 2/24/2011 | 3000 | 2.08 | $6,240.00 | Sale | 7/11/2011 | (29000.00) | 3.38 | (98020.00) |
| Purchase | 3/2/2011 | 7000 | 2.06 | $14,420.00 | Sale | 7/11/2011 | (6000.00) | 3.38 | (20280.00) |
| Purchase | 3/4/2011 | 6000 | 1.94 | $11,640.00 | Sale | 8/19/2011 | (4000.00) | 2.24 | (8960.00) |
| Purchase | 3/4/2011 | 4000 | 1.94 | $7,760.00 | Sale | 12/15/2011 | (46000.00) | 0.49 | (22540.00) |
| Purchase | 3/10/2011 | 4000 | 1.91 | $7,640.00 | Sale | 12/15/2011 | (9000.00) | 0.49 | (4410.00) |
| Purchase | 3/10/2011 | 2000 | 1.94 | $3,880.00 | | | | | |
| Purchase | 3/16/2011 | 2000 | 1.769 | $3,538.00 | | | | | |
| Purchase | 3/16/2011 | 2000 | 1.769 | $3,538.00 | | | | | |
| Purchase | 4/11/2011 | 10000 | 2.03 | $20,300.00 | | | | | |
| Purchase | 4/11/2011 | 5000 | 2.05 | $10,250.00 | | | | | |
| Purchase | 4/13/2011 | 5000 | 2.02 | $10,100.00 | | | | | |
| Purchase | 4/28/2011 | 5000 | 2.34 | $11,700.00 | | | | | |
| Purchase | 5/6/2011 | 10000 | 2.35 | $23,500.00 | | | | | |
| Purchase | 5/9/2011 | 1000 | 2.29 | $2,290.00 | | | | | |
| Purchase | 6/9/2011 | 5000 | 2.81 | $14,050.00 | | | | | |
| Purchase | 6/20/2011 | 4000 | 2.49 | $9,960.00 | | | | | |
| Purchase | 6/20/2011 | 6000 | 2.49 | $14,940.00 | | | | | |
| Purchase | 7/12/2011 | 4000 | 3.69 | $14,760.00 | | | | | |
| Purchase | 7/12/2011 | 4000 | 3.69 | $14,760.00 | | | | | |

FIFO Losses in Biosante Pharmaceuticals, Inc. (BPAX)

Class Period: 02/12/2010 thru 12/15/2011

Movant: Michael O. Bopst

Hold price*       $   0.6749

| | Purchase Transactions | | | | | Sales Transactions | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| Purchase | 7/18/2011 | 2000 | 3.49 | $6,980.00 | | | | | |
| Purchase | 7/18/2011 | 1000 | 3.49 | $3,490.00 | | | | | |
| Purchase | 7/28/2011 | 5000 | 2.98 | $14,900.00 | | | | | |
| Purchase | 7/28/2011 | 3000 | 2.97 | $8,910.00 | | | | | |
| Purchase | 8/5/2011 | 10000 | 2.38 | $23,800.00 | | | | | |
| Purchase | 8/10/2011 | 10000 | 2.16 | $21,600.00 | | | | | |
| Purchase | 9/6/2011 | 2000 | 2.44 | $4,880.00 | | | | | |
| Purchase | 9/6/2011 | 2000 | 2.44 | $4,880.00 | | | | | |
| Purchase | 9/22/2011 | 4000 | 2.44 | $9,760.00 | | | | | |
| Purchase | 9/22/2011 | 1000 | 2.44 | $2,440.00 | | | | | |
| Purchase | 11/21/2011 | 3000 | 2.26 | $6,780.00 | | | | | |
| Purchase | 11/21/2011 | 2000 | 2.26 | $4,520.00 | | | | | |
| | | | | | Retained | | (6,000) | 0.6749 | (4,049.40) |
| | | 161000 | | $379,646.00 | | | (173,000) | | ($320,209.40) |
| | | | | | | | | **Total Loss** | **($59,436.60)** |

*Shares held as of the date of this filing are valued using the $0.6749 average price of per share between 12/16/2011 and 04/11/2012.

**The value of common stock still held has been calculated using the purchase price of common stock held minus the average price of CHTP common stock between 12/16/2011 and 04/11/2012 or $0.6749 multiplied by the number of shares held.

FIFO Losses in Biosante Pharmaceuticals, Inc. (BPAX)
Class Period: 02/12/2010 thru 12/15/2011
Movant: Guy Jacks
Hold price*   $ 0.6749

| | Purchase Transactions | | | | | Sales Transactions | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| | | - | | - | | | - | | - |
| Purchase | 3/3/2011 | 43095 | 2.21 | $95,239.95 | Sale | 5/12/2011 | (43095.00) | 2.54 | ($109,461.30) |
| Purchase | 5/17/2011 | 33000 | 2.36 | $77,880.00 | Sale | 6/27/2011 | (1000.00) | 2.78 | ($2,780.00) |
| Purchase | 5/27/2011 | 6000 | 2.87 | $17,220.00 | Sale | 7/1/2011 | (3000.00) | 2.9 | ($8,700.00) |
| Purchase | 6/27/2011 | 1000 | 2.72 | $2,720.00 | Sale | 7/1/2011 | (5000.00) | 2.91 | ($14,550.00) |
| Purchase | 7/13/2011 | 5800 | 3.72 | $21,576.00 | Sale | 7/1/2011 | (1000.00) | 2.82 | ($2,820.00) |
| Purchase | 12/14/2011 | 32270 | 2.51 | $80,997.70 | Sale | 10/26/2011 | (1800.00) | 2.57 | ($4,626.00) |
| | | | | | Sale | 11/28/2011 | (1000.00) | 2.31 | ($2,310.00) |
| | | | | | Sale | 12/1/2011 | (1000.00) | 2.5 | ($2,500.00) |
| | | | | | Sale | 12/2/2011 | (12600.00) | 2.53 | ($31,878.00) |
| | | | | | Sale | 12/2/2011 | (5000.00) | 2.53 | ($12,650.00) |
| | | | | | Sale | 12/2/2011 | (5000.00) | 2.5201 | ($12,600.50) |
| | | | | | Sale | 12/2/2011 | (2000.00) | 2.53 | ($5,060.00) |
| | | | | | Sale | 12/2/2011 | (1000.00) | 2.5301 | ($2,530.10) |
| | | | | | Sale | 12/2/2011 | (1000.00) | 2.53 | ($2,530.00) |
| | | | | | Sale | 12/2/2011 | (1200.00) | 2.55 | ($3,060.00) |
| | | | | | Sale | 12/2/2011 | (1000.00) | 2.54 | ($2,540.00) |
| | | | | | Sale | 12/2/2011 | (1000.00) | 2.5701 | ($2,570.10) |
| | | | | | Sale | 12/5/2011 | (2200.00) | 2.58 | ($5,676.00) |
| | | | | | Retained | | (32270.00) | 0.6749 | ($21,779.02) |
| | | 121165 | | $295,633.65 | | | | | ($250,621.02) |

**Total Loss**   -$45,012.63

*Shares held as of the date of this filing are valued using the $0.6749 average price of per share between 12/16/2011 and 04/11/2012.*

**The value of common stock still held has been calculated using the purchase price of common stock held minus the average price of CHTP common stock between 12/16/2011 and 04/11/2012 or $0.6749 multiplied by the number of shares held.*

FIFO Losses in Biosante Pharmaceuticals, Inc. (BPAX)
Class Period: 02/12/2010 thru 12/15/2011
Movant: Patrick Lavoie
Hold price*  $ 0.6749

| Purchase Transactions | | | | | Sales Transactions | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| | | - | | - | | | - | | - |
| Purchase | 2/19/2010 | 9000 | 1.66 | $14,949.90 | Sale | 2/19/2010 | (9000.00) | 1.83 | ($16,460.10) |
| Purchase | 2/22/2010 | 6000 | 1.72 | $10,330.20 | Sale | 3/5/2010 | (14750.00) | 1.78 | ($26,244.68) |
| Purchase | 2/25/2010 | 7000 | 1.61 | $11,279.80 | Sale | 5/3/2010 | (6000.00) | 2.45 | ($14,689.80) |
| Purchase | 2/26/2010 | 1750 | 1.59 | $2,774.80 | Sale | 5/11/2010 | (1370.00) | 2.34 | ($3,203.33) |
| Purchase | 3/4/2010 | 15000 | 1.74 | $26,083.50 | Sale | 5/11/2010 | (9000.00) | 2.33 | ($20,968.20) |
| Purchase | 3/5/2010 | 2500 | 1.74 | $4,359.75 | Sale | 3/3/2011 | (29000.00) | 2.34 | ($67,865.80) |
| Purchase | 4/27/2010 | 7500 | 2.17 | $16,260.75 | Sale | 4/14/2011 | (35500.00) | 2.01 | ($71,344.35) |
| Purchase | 5/4/2010 | 3700 | 2.18 | $8,075.62 | Sale | 4/26/2011 | (20000.00) | 2.26 | ($45,190.00) |
| Purchase | 5/14/2010 | 20000 | 2.25 | $45,020.00 | Sale | 4/27/2011 | (13000.00) | 2.31 | ($30,019.60) |
| Purchase | 12/7/2010 | 9000 | 1.46 | $13,154.40 | Sale | 5/10/2011 | (20000.00) | 2.43 | ($48,590.00) |
| Purchase | 3/4/2011 | 32000 | 1.95 | $62,409.60 | Sale | 5/12/2011 | (36000.00) | 2.41 | ($86,785.20) |
| Purchase | 3/15/2011 | 3500 | 1.78 | $6,239.45 | Sale | 5/20/2011 | (26000.00) | 2.57 | ($66,885.00) |
| Purchase | 4/18/2011 | 33000 | 2.11 | $69,639.90 | Sale | 6/1/2011 | (17000.00) | 3.15 | ($53,539.80) |
| Purchase | 4/28/2011 | 28500 | 2.38 | $67,838.55 | Sale | 7/7/2011 | (29000.00) | 3.13 | ($90,758.40) |
| Purchase | 5/4/2011 | 7500 | 2.28 | $17,109.75 | Sale | 12/15/2011 | (34200.00) | 0.49 | ($16,881.12) |
| Purchase | 5/10/2011 | 20000 | 2.34 | $46,874.00 | | | | | |
| Purchase | 5/13/2011 | 16000 | 2.67 | $42,729.60 | | | | | |
| Purchase | 5/16/2011 | 8000 | 2.69 | $21,506.40 | | | | | |
| Purchase | 5/27/2011 | 17000 | 2.94 | $49,990.20 | | | | | |
| Purchase | 6/3/2011 | 26000 | 3.09 | $80,350.40 | | | | | |
| Purchase | 6/8/2011 | 3000 | 2.97 | $8,919.90 | | | | | |
| Purchase | 7/13/2011 | 20000 | 3.84 | $76,796.00 | | | | | |
| Purchase | 7/18/2011 | 12000 | 3.49 | $41,924.40 | | | | | |
| Purchase | 10/25/2011 | 1300 | 2.51 | $3,260.01 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Purchase | 10/28/2011 | 900 | 2.65 | $2,385.99 | | | | |
| Purchase | 3/4/2010 | 15000 | 1.74 | $26,083.50 | | | | |
| | | | | | Retained | (25330.00) | 0.6749 | ($17,095.22) |
| | | 325150 | | $776,346.37 | | (325150.00) | | ($676,520.60) |
| | | | | | | | **Total Loss** | ($99,825.77) |

*Shares held as of the date of this filing are valued using the $0.6749 average price of per share between 12/16/2011 and 04/11/2012.

**The value of common stock still held has been calculated using the purchase price of common stock held minus the average price of CHTP common stock between 12/16/2011 and 04/11/2012 or $0.6749 multiplied by the number of shares held.

FIFO Losses in Biosante Pharmaceuticals, Inc. (BPAX)
Class Period: 02/12/2010 thru 12/15/2011
Movant: George Papaylion
Hold price*  $ 0.6749

| | Purchase Transactions | | | | Sales Transactions | | | |
|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| | | - | | - | | | - | | - |
| Purchase | 7/28/2011 | 5000 | 2.95 | $14,750.00 | | | | | |
| Purchase | 7/28/2011 | 5000 | 2.99 | $14,950.00 | | | | | |
| Purchase | 8/4/2011 | 5000 | 2.39 | $11,950.00 | | | | | |
| Purchase | 8/4/2011 | 5000 | 2.4 | $12,000.00 | | | | | |
| Purchase | 8/4/2011 | 5000 | 2.2 | $11,000.00 | | | | | |
| Purchase | 8/10/2011 | 5000 | 2.16 | $10,800.00 | | | | | |
| | | | | | Retained | | (30000.00) | 0.6749 | ($20,247.00) |
| | | 30000 | | $75,450.00 | | | (30000.00) | | ($20,247.00) |
| | | | | | | | | **Total Loss** | ($55,203.00) |

*Shares held as of the date of this filing are valued using the $0.6749 average price of per share between 12/16/2011 and 04/11/2012.

**The value of common stock still held has been calculated using the purchase price of common stock held minus the average price of CHTP common stock between 12/16/2011 and 04/11/2012 or $0.6749 multiplied by the number of shares held.

FIFO Losses in Biosante Pharmaceuticals, Inc. (BPAX)  
Class Period: 02/12/2010 thru 12/15/2011  
Movant: Quynh-Ly Pham  
Hold price*  $ 0.6749

| Purchase Transactions | | | | | Sales Transactions | | | |
|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| - | | | - | | - | | | - | - |
| Purchase | 12/1/2011 | 3120 | 2.42 | $7,550.40 | Sale | 12/2/2011 | (17291.00) | 2.58 | ($44,610.78) |
| Purchase | 12/2/2011 | 25300 | 2.53 | $64,009.00 | Sale | 12/5/2011 | (11129.00) | 2.6 | ($28,935.40) |
| Purchase | 12/6/2011 | 24626 | 2.52 | $62,057.52 | Sale | 12/6/2011 | (29206.00) | 2.56 | ($74,767.36) |
| Purchase | 12/6/2011 | 4580 | 2.53 | $11,587.40 | | | | | |
| Purchase | 12/14/2011 | 30900 | 2.55 | $78,795.00 | | | | | |
| | | | | | Retained | | (30900.00) | 0.6749 | ($20,854.41) |
| | | 88526 | | $223,999.32 | | | (88526.00) | | ($169,167.95) |

**Total Loss**  ($54,831.37)

*Shares held as of the date of this filing are valued using the $0.6749 average price of per share between 12/16/2011 and 04/11/2012.*

**The value of common stock still held has been calculated using the purchase price of common stock held minus the average price of CHTP common stock between 12/16/2011 and 04/11/2012 or $0.6749 multiplied by the number of shares held.*