# UNITED STATES DISTRICT COURT
## for the
# Northern District of Illinois

| | |
|---|---|
| Thomas Lauria )<br>*Plaintiff* )<br>v. )<br>Biosante Pharmaceuticals, Inc., et al )<br>*Defendant* ) | Civil Action No. 12 C 772 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:
It is hereby ordered that Defendants, BioSante Pharmaceuticals, Inc., and Stephen M. Simes.

motion to dismiss the consolidated class action complaint is entered in their favor and against Plaintiff,

Thomas Lauria.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Joan B. Gottschall on a motion to dismiss.

Date: Oct 23, 2013

Thomas G. Bruton, Clerk of Court

/s  RHONDA JOHNSON